IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

HERiberto Garcia Parra                                    19-cv-1998 (FAB)
Full name of plaintiff
*Nombre completo del demandante*

v.  Physician correctional company's ... Department of correction et al; ... Administration of Correction et al; ... (Sup. Norcine Martinez Doma: Inst by Comandante de la Inst Sup de Bayamon: De Samuel Ortiz Rivera;) ... (Oficial Rosado de la correspondencia de la Inst sup de bayamon;) ... Oficina de Asuntos legales de correction; ... Lawyer Francisco Rivera, sub director; and Physician correccional, et al; ... (Mrs Nahiomy Gilbes Mordovay; Record Criminales Sup.) Department of Justice et al; ... Department of State Police et al; ... Institute of forensic Sciences of Puerto Rico; ... the "DNA" Data Bank" to be Administered and physical evidence test reports; ... and other Sup. Sr. Guardian tote-a interior Sup de la Inst Sup de Bayamon; Lawyer John S. Newarez Associates; ... Num of case #1534 capeco; fecha de referencia marzo 6, 2018

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.  Previous lawsuits.
    *Pleitos radicados anteriormente.*

    A.  Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

        ( ✓ )  Yes *(Sí)*                    ( )  No

    B.  If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

42:1983                                    -1-

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)*    HERiberto Garcia Parra ~~[redacted]~~

   Defendant(s)       ~~[redacted]~~  them same Defendant(s)
   *Demandado(s)*     ~~[redacted]~~

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*  District of Puerto Rico; #13-1143 JAF (and) Lawyer John F. Nevares and sup; 501 Wayda Montanez of Capeco newyer Associates; and sup; 501

   Previous ; and none received that certified of the institutional

3. Docket number. None Account; and none received my mail on
   *Número asignado.*   not; 501

   Register and   Only received Notice of Defective filing; only Lawyer
   Summons
   is my claim   4. Name of judge to whom the case is assigned.  John F. Nevares; and sup; 501
   on March 6, 2018    *Nombre del juez a quien se le asignó el caso.*  Wanda Montanez; ref; March 6, 2018;

   None; ... and close case #13-1143 JAF
   and, Court of Ponce; case; J DP2013-0192

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   None

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   May 3 2013; case #13-1143 JAF

7. Approximate date of disposition.
   *Fecha aproximada en que se resolvió el pleito.*

   disposition N/A Department of correction

II. Place of confinement.
    *Lugar actual de reclusión.*

   A. Is there a prisoner's grievance procedure in the institution?
      *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

      (✓) Yes *(Sí)*          ( ) No

   B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
      *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

      (✓) Yes *(Sí)*          ( ) No

   C. If your answer is yes,
      *Si su contestación es afirmativa,*

      1. What steps did you take?
         *¿Qué medidas tomó usted?*

         N/A

      2. What was the result?
         *¿Cuál fue el resultado?*

         N/A

   D. If your answer is No, explain why not.
      *Si su contestación es No, explique porqué.*

      Denial of effective assistance

42:1983                          -3-

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

(✓) Yes *(Sí)*        ( ) No

F. If your answer is Yes,
*Si su contestación es en la afirmativa,*

  1. What steps did you take?
     *¿Qué medidas tomó usted?*

     __Appeal__

  2. What was the result?
     *¿Cuál fue el resultado?*

     __N/A__

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A. Name of plaintiff
   *Nombre del demandante*   __Heriberto Garcia Parra__

   __Complej of Bayamon 501, L-4, 50 stj 5__
   __Industrial Luchetti, Bayamon, PR. 00961-7403__

   Address
   *Dirección*

42:1983                                    -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B. Defendant / *Demandado*  ___Lawyer John F. Nevares and Associates PSC Supj Inst 501 previous Wanda Montañez; and Physician Correctional; and (other the same) of Correction and address other of States___

is employed as / *está empleado como*  _____

at / *en*  ___VIG Tower; Suite 1504; 1225 Ponce de León Ave San Juan; Puerto Rico___

IV. Statement of Claim. / *Relación de Hechos.*  ___Physician Correcctional; 480 St César González; SJ PR 00919; et al; and Institución penal; Las Cucharas en Ponce; etal___

State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los <u>hechos</u> del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

___Look my evidence of reference; of the Court and complaint in the State prisoner's___

_____

_____

_____

_____

_____

_____

_____

V.  Request for Relief.
    *Solicitud de Remedio.*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.* to familiarize this court "Justice" and, I am once again soliciting your help; ■ ■ my (time prescription; the state) because and (additional) he maintains that there is null evidence with the (potential) to Establish his (innocence) and jurisdical incapable; and the correctional (post officers) deny deliberately all my mails with out ground raised; and Department of Correctional division of state account not consideration my Certified of account (previous) is my problem; forever Statement and soliciting R.L. Civ 10 (b).

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

September 8 2019

Signed this __7__ day of __August__ of __2019__ → problem on my mail; returned on the complete 50
         (día)           (mes)              (año)

_____
Plaintiff's signature
*Firma del demandante*

42:1983                           -6-