

Departament de Corrección y Rehabilitación

DCR-RA-2004
"(Rev. 10-07)"

OK

DIVISION DE REMEDIOS ADMINISTRATIVO

| DISTRIBUCION | |
|---|---|
| Original | Superintendente |
| Copia | Expediente de Remedios Administrativos |

NOTIFICACION

A: OFICIAL ROSADO

DE: SRA. CARMEN MONTAÑEZ MARTINEZ
EVALUADOR, OFICINA DE REMEDIOS ADMINISTRATIVOS

FECHA: 10/22/2018

ASUNTO: Radicación de Solicitud de Remedios, Número: B-1679-18

Nombre del Miembro Población Correccional: GARCIA PARRA, HERIBERTO

Institución: BAYAMON 501

Módulo ó Vivienda: 1-D

El miembro de la Población Correccional en referencia ha radicado una Solicitud de Remedio alegando que no se le están brindando adecuadamente los servicios de la siguiente área o unidad de trabajo: Se adjunta copia de la solicitud de Remedios Administrativos radicada por éste.

INDIQUE LOS SERVICIOS

SOLICITA SE LE FACILITE Y AUTORICE LAS COPIAS DE LA LIBRETA DE LLEGADAS DE LAS CARTAS LEGALES. FAVOR VER SOLICITUD. y nunca paso

[signature]
10/20/18

NOTA: Conteste unun término de quince (15) días laborales, según lo establece el Reglamento de Remedios Administrativos - Regla XIII, sección 5



Estado Libre Asociado de Puerto Rico
Departamento de Corrección y Rehabilitación
**División de Remedios Administrativos**

DCR-RA-2010
"(Rev. 05-15)"

**Distribución:**
Original: Remedios Administrativos
1ra. Copia: Miembro de la Población Correccional
2da. Copia: Área Concernida

Atención) Oficina de Cuentas; para una Certificación de los últimos 6 meses de la Cuenta #27434;

## SOLICITUD DE REMEDIO ADMINISTRATIVO

Número de Código: ______

Número de Solicitud: ______

Heriberto García Parra
Nombre Apellidos Paterno y Materno

501
Institución

[illegible]
Módulo

Ha planteado esta situación anteriormente: Sí ( ✓ ) No ( )

De la contestación ser afirmativa, indique ante quién: a Cuenta anteriormente en años anterior;... y a través de remedio

Solicitud de Remedio: por ser un asunto de suma importancia;.. Solicito a la Oficina de Cuenta una "Certificación" del estado de cuenta de los últimos (6) meses;...para un trámite federal; Distrito de Puerto Rico:

Heriberto García Parra
Nombre y Firma del Miembro de la Población Correccional

Julio 29, 2019
Fecha

______
Nombre del Evaluador

______
Fecha

## RECIBO DE COPIA DE SOLICITUD DE REMEDIOS

Número de Solicitud: ______

______
Institución

______
Nombre y Firma del Miembro de la Población Correccional

______
Fecha

______
Nombre del Evaluador

______
Fecha

Hasler 07/23/2019 US POSTAGE FIRST-CLASS MAIL $02.35[0] ZIP 00918 011D11607543

lo recibí el día Julio 28, 2019; 6 días tarde corte federal (6) tarde y abierta con tape;

Difference received my mail; July 28, 2019 (prisoner civil Rights complaint)

referencias... antes mi hijo único hijo me ayudaba mientras trabajo durante la emergencias de marias con los federales; ya no puede porque solo esta estudiando en la universidad en la facultad de Derecho en propiedad (no) esta trabajando y (no tengo) ayuda económicamente

(observación) fabrí en evidencias no hay más por la agencia correccional

7 de 27

ADMINISTRACION DE CORRECCIÓN

Bayamón Inst. (501)

Módulo:
I-D

FACTURA

| | | | |
|---|---|---|---|
| Núm. Cuenta: | 27434 | GARCIA PARRA, HERIBERTO | Fecha factura: 7/9/2019 9:35:40AM |
| Impreso el: | 10-Jul-2019 | 8:44:04 am | |
| Número factura: | 19070425-3921 | | |
| Preparada por: | Kiosco Bayamon 501 | | |

| Compra | |
|---|---|
| Balance anterior | Balance disponible |
| $9.28 | $0.01 |



Estado Libre Asociado de Puerto Rico
Departamento de Corrección y Rehabilitación
**División de Remedios Administrativos**

DCR-RA-2010
"(Rev. 05-15)"

Distribución:
Original: Remedios Administrativos
1ra. Copia: Miembro de la Población Correccional
2da. Copia: Área Concernida

Atencion Oficina de Cuenta para una certificación de los ultimo 6 meces de la cuenta #127434:

## SOLICITUD DE REMEDIO ADMINISTRATIVO

Número de Código: R-16

Número de Solicitud: B-1058-19

Heriberto Garcia Parra
Nombre Apellidos Paterno y Materno

501
Institución

1-D
Módulo

Ha planteado esta situación anteriormente: Sí ( √ ) No ( )

De la contestación ser afirmativa, indique ante quién: a cuenta anteriormente en años anteriores y otra vez de remedio;

Solicitud de Remedio: por ser un asunto de suma importancia;.. Solicito a la Oficina de Cuenta; una Certificacion del estado de cuenta de los Ultimos (6) meces;.. para un tramite federal; Distrito de Puerto Rico;

Heriberto Garcia Parra
Nombre y Firma del Miembro de la Población Correccional

Julio 29, 2019
Fecha

Montañez
Nombre del Evaluador

8-19-19
Fecha

llego el dia 5 de sep de 2019 sin la certificación no la consideraron para dicho tramite.

## RECIBO DE COPIA DE SOLICITUD DE REMEDIOS

Institución

Número de Solicitud:

Nombre y Firma del Miembro de la Población Correccional

Fecha

Nombre del Evaluador

Fecha

Estado Libre Asociado de Puerto Rico
Departamento de Corrección y Rehabilitación
División de Remedios Administrativos

DCR-RA-2010
"(Rev. 05-15)"

**Distribución:**
Original: Remedios Administrativos
1ra. Copia: Miembro de la Población Correccional
2da. Copia: Área Concernida

Atención al area central de Corrección y area de Correspondencia para una autorización para copias segun fueron llegando desde Enero hasta septiembre 21 de 2018 otra si la ubica en la libreta de llegada de la inst. 501

**SOLICITUD DE REMEDIO ADMINISTRATIVO**

Número de Código: N-14

Número de Solicitud: 1679-18

Heriberto Garcia Parra
Nombre Apellidos Paterno y Materno

501
Institución

Módulo

Ha planteado esta situación anteriormente: Sí ( ✓ ) No ( )

De la contestación ser afirmativa, indique ante quién: el Oficial Rosado del area de la correspondencia de la inst. 501

Solicitud de Remedio: por ser un asunto de suma importancia y para su autorización sobre copias de los llegados de la correspondencia privilegiada o sea cartas legales de Clerk's Office of United States District Court Puerto Rico y United States Court of Appeals del tribunal de Boston... copias desde Enero de 2018 en adelante... y la ultima recibida el 21 de Septiembre de 2018 son varias desde Enero de 2018 octubre 11, 2018

Heriberto Garcia Parra
Nombre y Firma del Miembro de la Población Correccional

Fecha 10-19-18

Nombre del Evaluador

Fecha

todas las copias de esos tribunales... segun la orientación de Oficial Rosado de la inst. 501... para tramitar autorización al oficial de la correspondencia las copias de la libreta de llegadas de las mismas para una Extensión de tiempo a Boston

**RECIBO DE COPIA DE SOLICITUD DE REMEDIOS**

Institución

Número de Solicitud:

Nombre y Firma del Miembro de la Población Correccional

Fecha

Nombre del Evaluador

Fecha

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
SALA III

| | | |
|---|---|---|
| Heriberto García Parra<br><br>Peticionario<br><br>v.<br><br>Administración de Corrección; Oficina de Asuntos Legales Corrección, Licenciado Francisco Méndez Rivera; Sub-Director de la Agencia; *et al.*<br><br>Recurridos | CC-2019-0398 | *Certiorari* |

Sala de Despacho integrada por el Juez Asociado señor Martínez Torres como su Presidente, y los Jueces Asociados señor Rivera García y señor Colón Pérez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de junio de 2019.

Examinada la *solicitud de certiorari* presentada en este caso, se provee no ha lugar por craso incumplimiento con el Reglamento del Tribunal.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo



GOBIERNO DE PUERTO RICO
**DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN**

**DIVISIÓN DE REMEDIOS ADMINISTRATIVOS**

DCR-RA-2020
"(Rev.09-18)"

| **DISTRIBUCIÓN** | |
|---|---|
| Original | Miembro de la Población Correccional |
| Primera Copia | Expediente Remedios Administrativos |
| Segunda Copia | Coordinador |

## RESPUESTA DE RECONSIDERACIÓN AL MIEMBRO DE LA POBLACIÓN CORRECCIONAL

| Heriberto Garcia Parra | 1-D | Bayamón 501 |
|---|---|---|
| **Nombre Apellidos Paterno y Materno** | **Módulo** | **Institución** |

**RESPUESTA DE RECONSIDERACION:**

El día 11-abril-19 se recibe Solicitud de Reconsideración B-282-19, codificada B-2

**Luego de evaluar la totalidad del expediente determinamos lo siguiente:**

(X) Se deniega la petición de reconsideración debido a:
**(Realizar una breve descripción sobre razón de la denegatoria)**

Se confirma respuesta emitida por el área concernida, la misma es responsiva a su Solicitud Inicial de Remedio Administrativo B- 282-19, donde le explican detalladamente su situación médica reciente, Sr. Garcia en su próxima cita debe solicitar los servicios que usted entiende necesita que se trabajen en su caso, para ser sometidos dichos referidos al Departamento de citas, recuerde que debe agotar procedimientos administrativos en este caso médicos antes de ser solicitados a nuestra División.

→ bajo la ley 170 de agosto 1988; y su sección 4-3 no debo hacerlo es un derecho.

- Si se deniega o no se toma acción con respecto a su solicitud de reconsideración dentro del término de quince (15) días subsiguientes al recibo de la misma ante esta División, el término para solicitar revisión judicial ante el Tribunal de Apelaciones empezará a contar a partir de la fecha de la notificación de esta denegatoria o del vencimiento del término de quince (15) días contados a partir del recibo de la misma ante la División de Remedios Administrativos. (Ley Núm. 38-2017 – Ley de Procedimiento Administrativo Uniforme del Gobierno de Puerto Rico - Sección 3.6 Denegatoria de Intervención)

( ) Se acoge la petición de reconsideración:

- El Coordinador tendrá treinta (30) días laborables para emitir Resolución de Reconsideración. Este término comenzará a partir de la fecha en que el miembro de la población correccional recibe la notificación de la respuesta a su solicitud de reconsideración. El miembro de la población correccional realizará mediante escrito; de no estar de acuerdo con la Resolución de Reconsideración emitida por el Coordinador ante su solicitud; solicitar Revisión Judicial ante el Tribunal de Apelaciones, dentro del término de treinta (30) días calendarios, contados a partir de la fecha del archivo en autos de la copia de la Notificación de la Resolución de Reconsideración emitida por el Coordinador de la División de Remedios Administrativos o noventa (90) días a partir de la radicación de la Solicitud de Reconsideración acogida, si la Agencia no actúa conforme a la misma.

DCR-RA-2020
"(Rev.09-18)"

## RESPUESTA DE RECONSIDERACIÓN AL MIEMBRO DE LA POBLACIÓN CORRECCIONAL

**Solicitud de Reconsideración: B-282-19**

| Heriberto Garcia Parra | 1-D | Bayamón 501 |
|---|---|---|
| **Nombre Apellidos Paterno y Materno** | **Módulo** | **Institución** |

Gloria Reymundi Collazo
NOMBRE Y FIRMA DEL COORDINADOR

26 de abril de 2019
FECHA

NOMBRE Y FIRMA DEL EVALUADOR

4-29-19
FECHA

## RECIBO DE RESPUESTA

Referencia: Remedio Administrativo Número: ______________________

Entregado a: ______________________ ______________ ______________
Nombre Apellido Paterno y Materno — Módulo — Institución

______________________________ ______________
FIRMA DEL MIEMBRO DE LA POBLACION CORRECCIONAL — FECHA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL SUPREMO

GARCÍA PARRA, HERIBERTO
PETICIONARIO
vs.

ADMINISTRACIÓN DE CORRECCIÓN Y OTROS
RECURRIDO

NÚMERO CASO..... CC-2019-0398
ORIGINAL....... BY2019CV00690
APELACIONES.... KLCE201900304

ACCION CIVIL

ACCION CIVIL O DELITO

GARCÍA PARRA, HERIBERTO
BAYAMON 501 SEC. 1-D
50 CARR 5 INDUSTRIAL LUCHETTI
BAYAMON PR 00961-7403

N O T I F I C A C I Ó N

CERTIFICO QUE EN RELACION CON EL/LA PETICION DE CERTIORARI EL TRIBUNAL DICTO EL/LA RESOLUCION QUE SE ACOMPAÑA.

LIC. PROCURADOR(A) GENERAL
NOTIFICACIONES.OPG@GMAIL.COM

EN SAN JUAN, PUERTO RICO A 25 DE JUNIO DE 2019.

LCDO. JOSÉ IGNACIO CAMPOS PÉREZ

SECRETARIO(A) DEL TRIBUNAL SUPREMO

Por:f/ EVELYN RAMOS VELILLA

SECRETARIO[A] AUXILIAR

Estado Libre Asociado de Puerto Rico
Tribunal Supremo
SECRETARÍA
PO Box 9022392
San Juan, PR 00902-2392

CC-19-398-R

la recibir el dia 10 de julio del 2019;

NEOPOST
06/25/2019
US POSTAGE
041

0095137421 C031

Vease al corso otra copia

(Atención) necesito copia (1) numero solo (1) una copia

# United States Court of Appeals
## For the First Circuit

No. 18-1735

IN RE: HERIBERTO GARCIA-PARRA,

Petitioner.

Before

Torruella, Lynch and Thompson, Circuit Judges.

return not in time

dijo para investigar Mandamus

July 31, 2018 case opening Notice

**JUDGMENT**

Entered: October 24, 2018

Heriberto Garcia-Parra is an inmate in a prison in the Commonwealth of Puerto Rico who brings this proceeding pro se. He has initiated an original proceeding in this court with the filing of a set of pleadings under various headings, including "certiorari" and "complaints." The pleadings include allegations related to exculpatory DNA evidence, failings on the part of his criminal defense lawyer, and interference with prison mail. Petitioner does not cite any statute or rule allowing for the filing of an original proceeding with this court, and nothing in his submissions indicates any plausible basis for the filing of an original proceeding in this court. Accordingly, this petition is summarily **dismissed**. See 1st Cir. Local Rule 27.0(c). Petitioner's application to file in forma pauperis is **denied** as moot.

**So ordered.**

By the Court:

Maria R. Hamilton, Clerk

Nov 5, 2018 not on time

cc:
Heriberto Garcia-Parra
Frances Rios de Moran

Originales

# United States Court of Appeals
## For the First Circuit

Necesito copia (1)

No. 18-1735

IN RE: HERIBERTO GARCIA-PARRA,

Petitioner.

Before

Torruella, Lynch and Thompson,
Circuit Judges.

ORDER OF COURT

Entered: December 27, 2018

1/4/2019 return not in time mandamus

Heriberto Garcia-Parra has filed a document reciting four grounds for reconsidering the judgment of dismissal entered in this case on October 24, 2018. The document is construed as a petition for panel rehearing. The panel of judges who entered the judgment have considered this petition and discern no grounds for rehearing. The petition for panel rehearing is **denied**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Heriberto Garcia-Parra
Frances Rios de Moran

Necesito copia por favor

# United States Court of Appeals
## For the First Circuit

No. 18-1735

IN RE: HERIBERTO GARCIA-PARRA

Petitioner

**ORDER OF COURT**

Entered: September 11, 2018
Pursuant to 1st Cir. R. 27.0(d)

Petitioner's motion to proceed in forma pauperis ("IFP") is denied without prejudice to re-filing. A compliant request for IFP status consists of a motion and a fully completed Form 4, Financial Affidavit with a prison trust account statement. A copy of Form 4 is enclosed to the petitioner with this order.

Petitioner's failure to either pay the $500.00 fee to the clerk of this court or file a compliant request for IFP status by **September 25, 2018** will result in dismissal of the petition for lack of diligent prosecution. See 1st Cir. R. 3.0(b).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Frances Rios de Moran
Heriberto Garcia-Parra

# United States Court of Appeals
## For the First Circuit

No. 18-1735

IN RE: HERIBERTO GARCIA-PARRA

Petitioner

look

look

CASE OPENING NOTICE

Issued: July 31, 2018

A petition for a writ of mandamus was received and docketed today by the clerk of the court of appeals in compliance with 1st Cir. R. 21.0. If the court requires a response to the petition, it shall do so by order.

The $500 docketing fee must be paid to the clerk of the court of appeals, in accordance with Fed. R. App. P. 21, by **August 16, 2018**. Failure to pay the fee, or obtain in forma pauperis status, may result in the dismissal of this petition for want of diligent prosecution.

An appearance form should be completed and returned immediately by any attorney who wishes to file pleadings in this court. 1st Cir. R. 12.0(a) and 46.0(a)(2). Any attorney who has not been admitted to practice before the First Circuit Court of Appeals must submit an application and fee for admission using the court's Case Management/Electronic Case Files ("CM/ECF") system prior to filing an appearance form. 1st Cir. R. 46.0(a). *Pro se* parties are not required to file an appearance form.

Dockets, opinions, rules, forms, attorney admission applications, the court calendar and general notices can be obtained from the court's website at www.ca1.uscourts.gov. Your attention is called specifically to the notice(s) listed below:

- Notice to Counsel and Pro Se Litigants

If you wish to inquire about your case by telephone, please contact the case manager at the direct extension listed below.

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN

DCR-RA-2020
"(Rev.09-18)"

DIVISIÓN DE REMEDIOS ADMINISTRATIVOS

Copia de la Libreta de Cartas privilegiada Por llegar tarde

| DISTRIBUCIÓN | |
|---|---|
| Original | Miembro de la Población Correccional |
| Primera Copia | Expediente Remedios Administrativos |
| Segunda Copia | Coordinador |

## RESPUESTA DE RECONSIDERACIÓN AL MIEMBRO DE LA POBLACIÓN CORRECCIONAL

| Heriberto Garcia Parra | 1 D | Bayamón 501 |
|---|---|---|
| Nombre Apellidos Paterno y Materno | Módulo | Institución |

**RESPUESTA DE RECONSIDERACION:**

El día 29-noviembre-18 se recibe Solicitud de Reconsideración B-1679-18 codificad N 14

**Luego de evaluar la totalidad del expediente determinamos lo siguiente:**

(X) Se deniega la petición de reconsideración debido a:
**(Realizar una breve descripción sobre razón de la denegatoria)**

Se confirma respuesta emitida por el área concernida. Usted debe solicitar por escrito a la Oficina de Asuntos Legales dirigiéndose al Licenciado Francisco Méndez Rivera, Sub-Director de la Oficina de Asuntos Legales, quien es la persona que autorizará a comenzar el proceso de entrega de documentos a usted.

La sup dice otra cosa igual que oficial de correspondencia y ellos

lo hice y este es el resultado nada

❖ Si se deniega o no se toma acción con respecto a su solicitud de reconsideración dentro del término de quince (15) días subsiguientes al recibo de la misma ante esta División, el término para solicitar revisión judicial ante el Tribunal de Apelaciones empezará a contar a partir de la fecha de la notificación de esta denegatoria o del vencimiento del término de quince (15) días contados a partir del recibo de la misma ante la División de Remedios Administrativos. (Ley Núm. 38-2017 – Ley de Procedimiento Administrativo Uniforme del Gobierno de Puerto Rico - Sección 3.6 Denegatoria de Intervención)

ojo

( ) Se acoge la petición de reconsideración:

❖ El Coordinador tendrá treinta (30) días laborables para emitir Resolución de Reconsideración. Este término comenzará a partir de la fecha en que el miembro de la población correccional recibe la notificación de la respuesta a su solicitud de reconsideración. El miembro de la población correccional realizará mediante escrito; de no estar de acuerdo con la Resolución de Reconsideración emitida por el Coordinador ante su solicitud; solicitar Revisión Judicial ante el Tribunal de Apelaciones, dentro del término de treinta (30) días calendarios, contados a partir de la fecha del archivo en autos de la copia de la Notificación de la Resolución de Reconsideración emitida por el Coordinador de la División de Remedios Administrativos o noventa (90) días a partir de la radicación de la Solicitud de Reconsideración acogida, si la Agencia no actúa conforme a la misma.

original necesito copia

**RESPUESTA DE RECONSIDERACIÓN AL MIEMBRO DE LA POBLACIÓN CORRECCIONAL**

**Solicitud de Reconsideración: B-1679-18**

Heriberto García Parra
**Nombre Apellidos Paterno y Materno**

N 14
**Módulo**

Bayamón 501
**Institución**

Gloria Reymundi Collazo
NOMBRE Y FIRMA DEL COORDINADOR

11 de diciembre de 2018
FECHA

NOMBRE Y FIRMA DEL EVALUADOR

FECHA

**RECIBO DE RESPUESTA**

Referencia: Remedio Administrativo Número: ______________________

Entregado a: ______________________
Nombre Apellido Paterno y Materno

Módulo

Institución

FIRMA DEL MIEMBRO DE LA POBLACION CORRECCIONAL

FECHA

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE CORRECCION Y REHABILITACION
DIVISION DE REMEDIOS ADMINISTRATIVOS

| | |
|---|---|
| Heriberto Garcia Parra<br>RECURRENTE | RESOLUCION DE RECONSIDERACION<br>B-955-18 |
| INSTITUCION CORRECCIONAL<br>Bayamón 501 | SOBRE: Sociales |

## RESOLUCIOŃ

El 20 de agosto de 2018, el miembro de la población correccional Heriberto Garcia Parra (en adelante el recurrente) radicó Solicitud de Reconsideración ante el Coordinador Regional de la División de Remedios Administrativos, conforme al Reglamento Para Atender Las Solicitudes de Remedios Administrativos Radicadas Por los Miembros De La Población Correccional, Reglamento Núm. 8583, aprobado el 4 de mayo de 2015, la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme" y el Plan de Reorganización núm. 2 del 21 de noviembre de 2011 que establece las funciones del Departamento de Corrección y Rehabilitación. Evaluada la totalidad del expediente se emiten las siguientes:

## DETERMINACIONES DE HECHOS

1. El 20 de junio de 2018, el recurrente radicó escrito de solicitud de Remedio Administrativo. En su escrito solicita una llamada legal, especifica que es un asunto de suma importancia debido a un asunto criminal, necesita tramitar dicho proceso.
2. El 26 de junio de 2018, la Evaluadora Janitza Maldonado Acosta entrega Solicitud de Remedio Administrativo al Sr. Carlos Betancourt, Supervisor del Área Sociopenal de la Institución Correccional Bayamón 501.
3. El 16 de julio de 2018, se emite respuesta a la solicitud del recurrente por la Sra. Myrna Negrón, T.S.S. en la cual indica que: "se calendarizara en el mes de julio la llamada siempre y cuando haya un oficial de custodia asignado a sociales para poder trasladar al confinado al edificio 2, ya que en el edificio 1 no tienen teléfono".
4. El 20 de julio de 2018, la evaluadora Janitza Maldonado emite respuesta al Miembro de la Población Correccional.
5. El 27 de julio de 2018, se hizo entrega al recurrente del recibo de respuesta. → No a llegado
6. El 20 de agosto de 2018, el recurrente inconforme con la respuesta presentó Solicitud de Reconsideración indicando que necesita una conclusión final en cuanto a lo antes solicitado, indica que para las llamadas legales ellos (empleados) son el medio para completar el proceso. Expresa que siempre tienen oficiales solo para ver comité. → ojo
7. Recibida la Solicitud de Reconsideración el 23 de agosto de 2018 y acogida el 5 de septiembre de 2018, por el Coordinador Regional a lo que procedemos a resolver de conformidad con la Reglamentación vigente lo siguiente:

## CONCLUSIONES DE DERECHO

**La División de Remedios Administrativos es el organismo, administrativo cuyo objeto es que los confinados puedan presentar solicitudes de remedio sobre actos e incidentes que afecten personalmente al confinado en su bienestar físico, mental, seguridad personal o en su plan institucional.**



DIVISIÓN DE REMEDIOS ADMINISTRATIVOS

RECIBO

GARCIA PARRA HERIBERTO
Nombre del Confinado

B-955-18
NUM. SOLICITUD

BAYAMON 501
Institución

1-D
Ubicación

Certifico que recibí de la División de Remedios Administrativos el / los siguientes documentos:

| | | | |
|---|---|---|---|
| [ ] | Copia de Solicitud | [ ] | Copia de Reconsideración |
| [ ] | Respuesta | [ ] | Respuesta de Reconsideracion |
| [X] | Resolución | [ ] | SENTENCIA TRIBUNAL |

Nombre y firma del Miembro de la Población Correccional

Oct 1, 2018
Fecha

Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
Panel VII

| | | |
|---|---|---|
| HERIBERTO GARCÍA PARRA<br>Peticionario<br><br>v.<br><br>ADMINISTRACIÓN DE CORRECCIÓN; OFICINA DE ASUNTOS LEGALES CORRECCIÓN; LICENCIADO FRANCISCO MÉNDEZ RIVERA, SUB DIRECTOR DE LA AGENCIA; OFICIAL SR. ROSADO DE LA AGENCIA CORRECCIONAL Y LA INST. 501 DE BAYAMÓN DEL ÁREA DE CORRESPONDENCIA; SUPERINTENDENTE DE LA INST. 501 DE BAYAMÓN SRA. LORAINE MARTÍNEZ ADORNO; COMANDANTE INST. 501 DE BAYAMÓN SAMUEL ORTIZ RIVERA<br>Recurridos | KLCE201900304 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.: BY2019CV00690<br><br>Sobre: Auxilio de Jurisdicción y otros |

Panel integrado por su presidenta, la Juez Gómez Córdova, la Juez Rivera Marchand y el Juez Adames Soto

Adames Soto, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 30 de abril de 2019.

Comparece ante nosotros el señor Heriberto García Parra, (el Sr. García Parra o peticionario)[1], miembro de la población correccional, mediante recurso de *certiorari*, por derecho propio, solicitando la revisión de una sentencia dictada por el Tribunal de Primera Instancia de Bayamón (TPI), el 13 de febrero de 2019, notificada el 19 del mismo mes y año.

Por los fundamentos que expresamos a continuación, acogemos el recurso como una apelación y confirmamos la sentencia dictada por el TPI.

## I. Resumen del tracto procesal[2]

El 19 de octubre de 2018, el Sr. García Parra instó ante la División de Remedios Administrativos del Departamento de Corrección y Rehabilitación (la División) una *Solicitud de remedio administrativo*, bajo el

[1] El Sr. García Parra se encuentra confinado en la Institución 501 de Bayamón.
[2] Realizamos el tracto procesal a base del expediente del recurso de *certiorari*, así como de los documentos en el Sistema Unificado de Manejo y Tramitación de Casos (SUMAC), al cual hemos accedido.

NÚMERO IDENTIFICADOR

SEN2019_

caso número B-1679-18. En particular, solicitó que se le facilitara y autorizara unas copias del libro de entrada de correspondencia legal de la institución penal.

En contestación, el 7 de noviembre de 2018, la División emitió la siguiente respuesta: "Le informa el Oficial Rosado encargado de correspondencia que dicho[s] documentos o información la debe solicitar a la división legal y estos le notifican al área de superintendencia y se determina si procede". Dicha respuesta fue recibida por el Sr. García Parra el 14 de noviembre de 2018.

Inconforme, el 27 de noviembre de 2018, el Sr. García Parra presentó una *Solicitud de reconsideración.*

El 11 de diciembre de 2018 y recibida por el Sr. García Parra el 17 de diciembre de 2018, la División emitió su *Respuesta de reconsideración* denegando la *Solicitud de reconsideración.* Además, apercibió al Sr. García Parra de su derecho para presentar un recurso de revisión judicial ante este Tribunal de Apelaciones.

No obstante, el peticionario **no** acudió en alzada ante este Tribunal de Apelaciones para solicitar su revisión de la determinación administrativa antes aludida. En su lugar, el 5 de febrero de 2019[3], el Sr. García Parra presentó **ante el TPI** una demanda titulada *Auxilio de jurisdicción y por tener la incapacidad por estar bajo custodia correccional* solicitando que se ordenara al Departamento de Corrección y Rehabilitación la reconsideración de la determinación administrativa y, también, que le asignara una representación legal tanto para un caso en el foro federal como para "un nuevo recurso".[4]

El 13 de febrero de 2019, notificada el 19 del mismo mes y año, el TPI emitió una sentencia desestimando la demanda por falta de jurisdicción. Es del anterior dictamen, del cual recurre ante nosotros el

[3] Aunque dicho recurso tiene el ponche del 31 de enero de 2019, no fue hasta el 5 de febrero de 2019 que el Sr. García Parra fue autorizado por el tribunal para litigar en *forma pauperis.*

[4] *Auxilio de jurisdicción y por tener la incapacidad por estar bajo custodia correccional*, pág. 2.



peticionario mediante recurso intitulado *Revisión de la sentencia omitida, basado por el incumplimiento de los funcionarios* el 4 de marzo de 2019.

El 2 de abril de 2019 emitimos una *Resolución* ordenándole al Administrador del Departamento de Corrección y Rehabilitación, a través de la Oficina del Procurador General de Puerto Rico, a remitir copia de la solicitud de reconsideración B-1679-18, así como copia de la correspondiente respuesta denegando la misma y que acreditara cuándo esta fue recibida por el peticionario.

En cumplimiento de orden, el 12 de abril de 2019, compareció el Departamento de Corrección y Rehabilitación por conducto de la Oficina del Procurador General sometiendo copia del expediente administrativo del remedio B-1679-18.

## II. Exposición de Derecho

### A. Ley de Procedimiento Administrativo Uniforme

La sección 3.15 de la Ley 38-2017, Ley de Procedimiento Administrativo Uniforme del Gobierno (LPAU), dispone lo siguiente:

> La parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de veinte (20) días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una moción de reconsideración de la resolución u orden.

Más adelante, la sección 4.2 de la LPAU establece, en lo pertinente, lo que sigue:

> Una parte adversamente afectada por una orden o resolución final de una agencia y que haya agotado todos los remedios provistos por la agencia o por el organismo administrativo apelativo correspondiente podrá **presentar una solicitud de revisión <u>ante el Tribunal de Apelaciones</u>, dentro de un término de treinta (30) días contados a partir de la fecha del archivo en autos de la copia de la notificación de la orden o resolución final de la agencia o a <u>partir de la fecha aplicable de las dispuestas en la Sección 3.15 de esta Ley, cuando el término para solicitar la revisión judicial haya sido interrumpido mediante la presentación oportuna de una moción de reconsideración</u>.**
>
> (Énfasis suplido.)

## III. Aplicación del Derecho a los hechos

Examinado el recurso de epígrafe, concluimos que el TPI actuó correctamente al desestimar por falta de jurisdicción la demanda incoada por el peticionario. Veamos.



El peticionario solicita mediante recurso de *certiorari*, que revisemos una sentencia dictada por el TPI, que desestimó, bajo el fundamento de falta de jurisdicción, una demanda presentada por el peticionario. En dicha demanda, el peticionario solicitó la reconsideración de la determinación administrativa emitida por la División en el caso número B-1679-18 y, además, que la División le designara representación legal para un caso en el foro federal y "un nuevo recurso".[5]

En dicho caso número B-1679-18, la División emitió una respuesta a la *Solicitud de remedio administrativo sobre copias del libro de entrada de correspondencia legal* presentada por el peticionario. De dicha respuesta el peticionario instó de manera oportuna una *Solicitud de Reconsideración*, que fue denegada el 11 de diciembre de 2018 y recibida por el peticionario el 17 de diciembre de 2018 en la institución donde se encuentra detenido. Con precisión, una vez la División denegó la *Solicitud de Reconsideración*, **de haber quedado insatisfecho, le correspondía al peticionario plantear el asunto ante este foro intermedio mediante recurso de revisión judicial en un término de 30 días jurisdiccionales contado a partir de la fecha del 17 de diciembre de 2018**, en la cual éste fue notificado de la denegatoria de la *Solicitud de reconsideración*. En consecuencia, el término jurisdiccional de treinta días para presentar su recurso de revisión judicial inició el 17 de diciembre de 2018, y finalizó el 16 de enero de 2019. Esto es, el peticionario, pudo haber recurrido ante este foro intermedio de la determinación de la División, pero no lo hizo. En su lugar, instó una demanda ante el TPI tratando de recurrir de la determinación administrativa omitiendo así el proceso de impugnación regulado por ley. Además de lo anterior, ya transcurrieron los 30 días jurisdiccionales para que este foro intermedio pueda revisar la determinación administrativa. Es decir, la consecuencia de lo anterior

[5] *Auxilio de jurisdicción y por tener la incapacidad por estar bajo custodia correccional*, pág. 2.



claro está, es que estamos privados de jurisdicción para revisar el asunto ante nuestra consideración.

Con respecto a la solicitud de la designación de representación legal, también carecemos de jurisdicción debido a que la misma debe ser presentada ante el tribunal dentro del pleito para lo cual se solicita.

Por los fundamentos expuestos, corresponde confirmar la sentencia desestimatoria dictada por el TPI.

Notifíquese, además, al Administrador de Corrección quien deberá entregar copia de esta Resolución al confinado, en cualquier institución donde se encuentre.

Lo pronunció y manda el Tribunal y lo certifica la Secretaria.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

numero de united states court of Appeals
for the first ~~c~~ circuit

Case ; 18-1735

fecha Case opening Notice

July 31, 2018

RECEIVED
2019 JUL 19 PM 2:56
U.S. DISTRICT

lo recibir tarde ; y en agosto 23, 2018 ; en sep 5 lo recibir

~~[illegible]~~ september 11, 2018

lo recibir el sep 21, 2018

~~Oc~~ ~~October~~

October 24, 2018

igual tarde

December ~~October~~ 27 2018

lo recibir Enero 4 2019

las ultimas supe (no habian) llegado a la oficina de secretaria federal ; y esta son las anteriores son resultados ; y eran (2) demandas a parte ;

y estas son las otras anteriores

cv 1829
06 cv 2065
07 cv 1696
08 cv 1244 → ojo Ley ADA
09 cv 1245 → o el Habeas corpus ¿?
13 cv 1193
13 cv 1144

esto es como referencia ;
y siempre "e" tenido problema con la certificación de cuenta de prisionero

Vease al dorso la copia sobre la decisión administrativa de mi para corrección

Necesito copia numero (2) por favor

# United States Court of Appeals
## For the First Circuit

(solo una copia)

No. 18-1735

IN RE: HERIBERTO GARCIA-PARRA

Petitioner

return not time

**ORDER OF COURT**

Entered: August 23, 2018
Pursuant to 1st Cir. R. 27.0(d)

september 5

Petitioner is in default for failure to pay the $500 filing fee in accordance with Fed. R. App. P. 21(a)(3). If petitioner is indigent and unable to pay the fee, petitioner may file a motion for leave to proceed in forma pauperis ("IFP") and a financial affidavit. Petitioner's failure to pay the fee to the clerk of this court or file an IFP motion and financial affidavit by **September 6, 2018** will result in dismissal of the petition for lack of diligent prosecution.

By the Court:

/s/ Margaret Carter, Clerk

ojo

la agencia no me ayudo

cc:
Heriberto Garcia-Parra
Frances Rios de Moran



En su solicitud de Remedio Administrativo Inicial el 20 de junio de 2018, solicita una llamada legal, específica que es un asunto de suma importancia debido a un asunto criminal, necesita tramitar dicho proceso.

El 29 de agosto de 2018, en comunicación con la T.S.S. Myrna Negrón nos indicó que aún no habia podido atender al confinado y mucho menos otorgarle comunicación ya que se había ausentado en diversas ocasiones y al regresar no contaba con un O.C. para que el confinado fuera trasladado a un lugar con teléfono donde se le pudiera ofrecer la llamada. Nos expresó la Sra. Negrón que ella atiende (seguimientos) a confinados los martes, por lo que la próxima semana realizaría la llamada. El miércoles 5 de septiembre de 2018, me comunicó nuevamente con la Sra. Negrón, quien me indicó que no había podido ver el confinado además que se sentía presionada por mi parte ya que la estaba llamando nuevamente, le explique a la Sra. Negrón la finalidad de esta Oficina "Remedios Administrativos " un organismo administrativo que promueve que cada institución correccional resuelva efectivamente los reclamos de la población correccional, para así evitar o reducir la radicación de pleitos en los Tribunales.

Procedo a notificarle la situación al Supervisor del Área Sociopenal de la Institución Bayamón 501, el Sr. Carlos Betancourt Ortiz quien se compromete a intervenir con la situación y cumplir con el seguimiento del confinado.
El día 14 de septiembre de 2018, se reúne el Sr. Betancourt con el confinado en mención con quien dialogó por espacio de 1 hora, nos informó que el confinado no contaba con un número de teléfono a donde comunicarse por lo que acordaron reunirse el 17 de septiembre de 2018 nuevamente.
De la mencionada reunión el confinado expresó que no era su intención llamar a su abogado, sino dialogar con el personal de secretaria criminal federal en torno al status de las demandas que le habia puesto el sistema. Se le gestionó la llamada con el edificio federal, el personal le ofreció el número de casos de sus demandas y el status de las mismas.

Según el REGLAMENTO ACCESO A RECURSOS LEGALES del 14 de DICIEMBRE de 2016, establece que A los miembros de la población correccional en las Instituciones Correccionales del Departamento de Corrección y Rehabilitación, VI. Procedimiento, lee "se les proveerá acceso a los tribunales, a su abogado y a otros recursos adecuados que les faciliten la consecución de sus derechos y trámites de los procesos legales. Este acceso incluirá lo siguiente", inciso 2. Acceso telefónico a su abogado, libre de interferencias en la llamada.

De conformidad al Reglamento para Atender las Solicitudes De Remedios Administrativos Radicados por los Miembros De La Población Correccional, el Plan de Reorganización Núm. 2 de 21 de noviembre de 2011 y la Ley de Procedimiento Administrativo Uniforme, se procede a emitir la siguiente:

**DISPOSICION**

Por los fundamentos antes expuesto se archiva el recurso recurrido y se dispone a ordenar al Sr. Carlos Betancourt Ortiz Supervisor del Área Sociopenal de la Institución Correccional Bayamón 501 a orientar a la Sra. Myrna Negrón Técnicos de Servicios Sociopenales en relación al REGLAMENTO ACCESO A RECURSOS LEGALES del 14 de DICIEMBRE de 2016.

Se Apercibe al recurrente solicitar revisión ante el Tribunal de Apelaciones, dentro del término de treinta (30) días calendarios, contados a partir de la fecha del archivo en autos de la copia de la Notificación de la Resolución de Reconsideración, emitida por el Coordinador de Remedios Administrativos.

CERTIFICO: El envío de copia fiel y exacta de esta Resolución de Reconsideración al recurrente, al Supervisor de Servicios Sociopenales el Sr. Carlos Betancourt Ortiz y a la Técnico de Servicios Sociopenales la Sra. Myrna Negrón.

Dada en San Juan, Puerto Rico, hoy, 19 de septiembre de 2018.

Gloria Reymundi Collazo
Coordinadora Regional
Remedios Administrativos
División de Remedios Administrativos

Urgente

Estado Libre Asociado de Puerto Rico
Departamento de Corrección y Rehabilitación
**División de Remedios Administrativos**

DCR-RA-2010
"(Rev. 05-15)"

Atención) Directora de servicios clínico o su Director

**Distribución:**
Original: Remedios Administrativos
1ra. Copia: Miembro de la Población Correccional
2da. Copia: Área Concernida

**SOLICITUD DE REMEDIO ADMINISTRATIVO**

Número de Código: B-2

Número de Solicitud: B-382-19

HERiberto García Parra
Nombre Apellidos Paterno y Materno

501
Institución

W
Módulo

Ha planteado esta situación anteriormente: Sí ( ✓ ) No ( )

De la contestación ser afirmativa, indique ante quién: al medico Int; de la 501;

Solicitud de Remedio: por ser un asunto de suma importancia; y aparte de las condiciones Cronicas; que ya tengo; de salud; . . . solicito que me ayude o sea el medio; entre el Médico Int; y yo de la Int; 501; . . . para unos referidos medicos. para las siguientes clinicas; . . 1) Especialista de tiroides; . . . 2) Especialista de sueño; . . porque casi (NO) duermo; y cuando lo hago (NO) más de tres horas; . . . 3) Especialista de Dermatologo; . . . porque tengo unas cosas en la cara; y el cuerpo; me (NO) las tenia; . . en la inst; el (Medico Int; de la 501) . esta en la (Negativa) con esos (tres referidos; medicos); . . . tal vez es por la (economia;) . . pero es por mi salud; . . . solicito su ayuda Directora de servicios clinicos; para ese medio; . . . y por ultimo (NO) aparece la clinica de (Optamologia) . por ser paciente de (Glaucoma;) con estos referidos (4) imp.

Heriberto García Parra
Nombre y Firma del Miembro de la Población Correccional

febrero 19, 2019
Fecha

[signature]
Nombre del Evaluador

1-Mar-19
Fecha

**RECIBO DE COPIA DE SOLICITUD DE REMEDIOS**

Número de Solicitud: ______

______
Institución

______
Nombre y Firma del Miembro de la Población Correccional

______
Fecha

______
Nombre del Evaluador

______
Fecha



DCR-RA-2002
"(Rev.05-15)"

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE CORRECCION Y REHABILITACION**

**DIVISIÓN DE REMEDIOS ADMINISTRATIVOS**

| **DISTRIBUCIÓN** | |
|---|---|
| Original | Miembro de la Población Correccional |
| 1ra. Copia | Expediente Remedios Administrativos |
| 2da. Copia | Evaluador |

**RESPUESTA AL MIEMBRO DE LA POBLACIÓN CORRECCIONAL**
Referencia: Remedio Administrativo B-282-19

| GARCIA PARRA, HERIBERTO | 1D | BAYAMON 501 |
|---|---|---|
| **Nombre Apellidos Paterno y Materno** | **Modulo** | **Institución** |

INFORMO LA DRA. GLADYS QUILES, DIRECTOR MEDICO DE BAYAMON, QUE EN SUS ULTIMAS TRES VISITAS AL INTERNISTA DE LA INSTITUCION DONDE USTED ESTA UBICADO, EL LE HA EXPLICADO LA NECESIDAD DEL CUMPLIMIENTO DE SU TRATAMIENTO PARA LA TIROIDES. EN CUANTO AL ESPECIALISTA DEL SUEÑO Y EL DERMATOLOGO, EN EL DEPARTAMENTO DE CITAS NO SE HAN RECIBIDO REFERIDOS Y TAMPOCO PARA ENDOCRINOLOGO (TIROIDES), EL TIENE LA DISCRESION. RELACIONADO A OFTALMOLOGIA, USTED NO ASISTIO A SU CITA DEL 29 DE ENERO 2019. FUE ENVIADO A LA ESCUELA DE OPTOMETRIA DE LA UNIVERSIDAD INTERAMERICANA, EL DIA 27 DE FEBRERO DE 2019 Y LE REALIZARON ESTUDIOS. ESTE CENTRO NO REALIZA EL PROCEDIMIENTO. SE SOLICITARA A PHYSICIAN CORRECTIONAL QUE IDENTIFIQUE QUIEN SERA EL PROOVEDOR. SE ANEJA RESPUESTA ADJUNTO.

**CONFORME AL REGLAMENTO VIGENTE:**

Si el miembro de la población correccional no estuviese conforme con la respuesta emitida, podrá solicitar la revisión, mediante escrito de Reconsideración ante el Coordinador, dentro del término de veinte (20) días calendarios contados a partir del recibo de la notificación de la respuesta.

El Coordinador una vez recibida la Solicitud de Reconsideración por parte del Evaluador, tendrá quince (15) días para emitir una respuesta al miembro de la población correccional si acoge o no su solicitud de reconsideración.

Si se denegara de plano o el miembro de la población correccional no recibe respuesta de su solicitud de reconsideración en el término de quince (15) días, podrá recurrir, por escrito, en revisión judicial ante el Tribunal de Apelaciones. Este término29 Si se acoge la solicitud de reconsideración, el Coordinador tendrá treinta (30) días laborables para emitir Resolución de reconsideración. Este término comenzara a transcurrir desde la fecha en que se emitió la Respuesta de Reconsideración al miembro de la población correccional salvo que medie justa causa.

El miembro de la población correccional podrá mediante escrito, solicitar Revisión ante el Tribunal de Apelaciones, dentro de un término de treinta (30) días calendarios, contados a partir de la fecha del archivo de autos de la copia de la Notificación de la Resolución de reconsideración, emitida por el Coordinador de Remedios Administrativos o noventa (90) días a partir de la radicación de la solicitud de reconsideración acogida, si la Agencia no actúa conforme a la misma.

SRA. CARMEN MONTAÑEZ MARTINEZ
NOMBRE Y FIRMA DEL EVALUADOR

27 MARZO 2019
FECHA

**RECIBO DE RESPUESTA**

Referencia: Remedio Administrativo Número: ______

Entregado a:

| | | 501 |
|---|---|---|
| Nombre Apellido Paterno y Materno | Módulo | Institución |

FIRMA DEL MIEMBRO DE LA POBLACIÓN CORRECCIONAL

FECHA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE BAYAMON-SUPERIOR

Otro reclamo

GARCIA PARRA, HERIBERTO
DEMANDANTE

VS.

ADMINISTRACION DE CORRECCION
DEMANDADO

CASO NÚM. D PE2011-0407
SALÓN NÚM.701

SOBRE:
MANDAMUS

Ley Ada

A: GARCIA PARRA, HERIBERTO

COMPLEJO CORRECCIONAL 501
UNIDAD 1D INDUSTRIAL LUCHETTI
BAYAMON PR 00961-7403

N O T I F I C A C I Ó N

todo lo hecho por derecho propio y a mismo poder, sin LCD

LIC. QUIÑONES VILLAHERMOSA ERIO D
lic.erioquinonesvillahermosa@gmail.com

ADMINISTRACION DE CORRECCION
DIVISION LEGAL
PO BOX 71308
SAN JUAN PR 00093-6804

EL[LA] SECRETARIO[A] QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN MOCIÓN: DE INCUMPLIMIENTO EN EL MANDATO; Y DERECHO A PERSONA CON IMPEDIMENTO EN UNA SENTENCIA OMITIDA ESTE TRIBUNAL EMITIÓ UNA ORDEN EL 29 DE MAYO DE 2019.

SE TRANSCRIBE LA DETERMINACIÓN A CONTINUACIÓN:

EXPONGA SU POSICION LA PARTE DEMANDADA.

Observación: no hay ningún motivo:

FDO.ANDINO OLGUIN ARROYO
JUEZ

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA ORDEN , USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 10 DE JUNIO DE 2019 ,Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

EN BAYAMON, PUERTO RICO, A 10 DE JUNIO DE 2019.

| ALICIA AYALA SANJURJO, INTERINA | Por:f/CARMEN PINTADO NIEVES |
| --- | --- |
| NOMBRE DEL (DE LA) SECRETARIO(A) REGIONAL | NOMBRE Y FIRMA DEL (DE LA) SECRETARIO(A) AUXILIAR DEL TRIBUNAL |

OAT1812-Formulario Único de Notificación-Sentencias,Resoluciones,Órdenes y Minutas (Noviembre 2016)

Véase la fecha original

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE PONCE**
**SALA SUPERIOR**

| **HERIBERTO GARCIA PARRA**<br>DEMANDANTE<br><br>VS.<br><br>**ADMINISTRACION DE CORRECCION Y OTROS**<br>DEMANDADOS | CASO NÚM.: **J DP2013-0192**<br>SALÓN: **601**<br><br>SOBRE:<br>**DANOS Y PERJUICIOS** |
|---|---|

SENTENCIA

El 23 de abril de 2013 el señor Heriberto Garcia Parra presentó Demanda ante este Tribunal. Los demandados son Estado Libre Asociado, Administración de Corrección, Gobernador de Puerto Rico, Sra. Carmen Ortiz Gonzalez, Sra. Celia Ramos Velez, Sr. Javier Rodriguez y Sra. Zaida Ocasio, estos últimos cuatro, empleados de la Administración de Corrección en la Institución Penal Las Cucharas, en Ponce, donde está confinado el demandante. Ya se diligenció el emplazamiento con copia de la demanda al Estado Libre Asociado de Puerto Rico y la Administración de Corrección. También se diligenció emplazamiento con copia de la demanda a demandados en su capacidad Oficial, como funcionarios de la Administración de Corrección. El Gobernador ha realizado una comparecencia especial, donde reclama que no se le diligencio correctamente el emplazamiento, pero con el resultado al que llegamos en esta sentencia, no hace falta dilucidar ese planteamiento.

Mediante el recurso presentado, el demandante cuestiona el que se le impidió asistir a los actos ante el fallecimiento de su madre y antes se le había impedido visitar a su señora madre al Centro de Envejecientes donde la cuidaban. El demandante presento el 19 de marzo de 2013 una Solicitud de Remedio Administrativo bajo el numero PP-191-13, ante la División de Remedios Administrativos del Departamento de Corrección y Rehabilitación sobre el mismo planteamiento que ahora hace en este caso. No sabemos si en la institución penal que está el confinado demandante le entregaron alguna respuesta. No obstante ello, la falta de