To: Clerk's Office
United States District Court
Room 150, Federal Bldg.
San Juan, P.R. 00918-1767

From:
Heriberto [redacted]
501-Unidad; 1-D
50-Carr. 5 Industrial Luchetti
Bayamón, P.R. 00961-7403

CERTIFIED MAIL
7018 0680 0000 9974 4784

U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
OCT 15, 19
AMOUNT
$8.50
R2303S1031139-09

RECEIVED AND FILED
2019 OCT 21 PM 6:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

19-cv-1998(FAB)